WILLIAM H. FEARING, Respondent, *v.* VAN SINDEREN LINDSLEY, Appellant.

*Fearing* v. *Lindsley*, 137 App. Div. 944, appeal dismissed.
(Argued May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been sustained by plaintiff through the false representations of defendant.

The motion was made upon the ground that the appeal was not taken within sixty days after service of a copy of the judgment of affirmance and notice of its entry.

*John Kirkland Clark* for motion.

*Wilson B. Brice* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.